# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REASSIGNMENT OF JUDGE OF  :  No. 362 Common Pleas Judicial
THE COURT OF COMMON PLEAS OF   :  Classification Docket
THE FIRST JUDICIAL DISTRICT OF     :
PENNSYLVANIA                   :
                                 :

## O R D E R

**PER CURIAM:**

AND NOW, this 27th day of December, 2019, upon consideration of the Petition of Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the reassignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following reassignment is approved:

Trial Division to Family Division

The Honorable Deborah Cianfrani